UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-01751-FMC-JCx | Date | December 5, 2008 |
|---|---|---|---|
| Title | James Coyne et al v. Twentieth Century Fox Film Corporation | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER TO SHOW CAUSE RE REMAND TO STATE COURT
(In Chambers)

On March 14, 2008, Defendants removed this action to this Court from the Superior Court of the State of California, County of Los Angeles. The basis for removal was federal law preemption, pursuant to section 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 141, et seq. On August 19, 2008, the Court issued an Order Granting In Part and Denying In Part Defendants' Motion for Judgment on the Pleadings As to the First Claim (docket no. 23), which concluded, "Plaintiff's claim for unpaid wages is not preempted by section 301 of the LMRA." There is therefore no longer a basis for subject matter jurisdiction in this Court.

Accordingly, the Court orders Defendants to show cause in writing no later than **December 22, 2008** why this action should not be remanded for the reasons noted above. This deadline shall not extend the time for responding to any motion for remand filed by Plaintiff(s). Plaintiff(s) may submit a response in the same time period. The parties are reminded that courtesy copies are to be delivered to Chambers. Failure of defendant(s) to respond by the above date will result in the Court remanding this action to state court.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |