FOX GROUP LEGAL
TIMOTHY S. LYKOWSKI, SBN 179322
timothy.lykowski@fox.com
JENNIFER SUZUKI, SBN 217243
jennifer.suzuki@fox.com
2121 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Telephone:  (310) 369-2834
Facsimile:  (310) 969-0585

Attorneys for Defendant
Twentieth Century Fox Film Corporation

JS-6

cc order, docket and remand
letter to Los Angeles Superior
Court BC 383423

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES COYNE,

        Plaintiff,

v.

TWENTIETH CENTURY FOX FILM
CORPORATION, a corporation doing
business as FOX GROUP and as FOX
ENTERTAINMENT GROUP; GREG
CHEEVER, as an individual; DOE
CORPORATIONS 1-5 and DOE
DEFENDANTS 6-10,

        Defendants.

CASE NO. 2:08-cv-01751-FMC-JC

**ORDER UPON STIPULATION
REGARDING REMAND TO
STATE COURT**

ORDER UPON STIPULATION RE: REMAND TO STATE COURT

1      In accordance with the Stipulation Regarding Remand to State Court entered

2    into between Defendant Twentieth Century Fox Film Corporation and Plaintiff

3    James Coyne, by and through their respective counsel of record, and for good cause

4    shown, the Court ORDERS that this action be remanded to state court.

5

6    **IT IS SO ORDERED.**

7

8    DATED:  December 23, 2008    _____

9                         HON. FLORENCE-MARIE COOPER,

                            UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER UPON STIPULATION RE: REMAND TO STATE COURT